Herbert S. DUGGER, Jr.

v.

STATE

CR-13-0699

Court of Criminal Appeals of Alabama.

March 6, 2015

Affirmed

Christopher VIRGESS

v.

STATE

CR-13-0703

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Timothy PRISOCK

v.

STATE

CR-13-0702

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Bobby Ray JONES

v.

STATE

CR-13-0710

Court of Criminal Appeals of Alabama.

01/29/2015

Dismissed